**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Greenway Services, Inc.** <br> Name | EIN | **26–1777607** |
| United States Bankruptcy Court **Western District of Virginia** <br> Case number: **19–70750** | | Date case filed for chapter **11** **5/31/19** | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Greenway Services, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 448 Cummings St., Box 228 <br> Abingdon, VA 24210 | |
| 4. | **Debtor's attorney** <br> Name and address | Max Cody Morris <br> Copeland Law Firm, P.C. <br> PO Box 1296 <br> Abingdon, VA 24212 | Contact phone 276–628–9525 |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 210 Church Ave., Room 200 <br> Roanoke, VA 24011 | 8 a.m. – 4:30 p.m. <br><br> Contact phone (540) 857–2391 <br><br> Date: 6/5/19 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **July 25, 2019 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **cr mtg ABG, SW Virginia Higher Education, Ctr Classroom 220 One Partnership, Circle,, Abingdon,, VA 24210** |

**For more information, see page 2 >**

Debtor **Greenway Services, Inc.** Case number **19–70750**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

```
                           United States Bankruptcy Court
                            Western District of Virginia
In re:                                                              Case No. 19-70750-pmb
Greenway Services, Inc.                                             Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0423-7         User: martinj            Page 1 of 2           Date Rcvd: Jun 05, 2019
                             Form ID: 309F            Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2019.
db             +Greenway Services, Inc.,    448 Cummings St., Box 228,   Abingdon, VA 24210-3220
cr             +Caterpillar Financial Services Corporation,    Brandy M. Rapp, Esq.,
                 Whiteford, Taylor & Preston LLP,    10 S. Jefferson Street,   Suite 1110,
                 Roanoke, VA 24011-1314
4764415        +American Supply Company,    2110 Highway 80 East,   Pearl, MS 39208-3376
4764416        +Ascendum Machinery, Inc.,    9115 Harris Corners Parkway,    Suite 450,
                 Charlotte, NC 28269-3709
4764417        +Auto Owners,    P. O. Box 740312,   Cincinnati, OH 45274-0312
4764418        +BMO Harris Bank,    P. O. Box 71951,   Chicago, IL 60694-1951
4764419        +Burkhalter Rigging, Inc.,    P. O. Box 9360,   Columbus, MS 39705-0018
4764426        +CSE Insurance,    P. O. Box 1388,   Abingdon, VA 24212-1388
4764420        +Call Trucking, LLC,    16196 Providence Rd.,   Abingdon, VA 24210-9106
4764423        +Caterpillar Financial,    P. O. Box 6403,   Sioux Falls, SD 57117-6403
4764422        +Caterpillar Financial,    P. O. Box 730669,   Dallas, TX 75373-0669
4764424        +Coastal Safety Products,    1178 Pittsford Circle,   Charleston, SC 29412-4108
4764425        +Codal Trucking, Inc.,    P. O. Box 587,   Abingdon, VA 24212-0587
4764427        +Davis Martin Powell Eng. & Surveyor,    6415 Old Plank Road,   High Point, NC 27265-3274
4764428        +Elmore Goldsmith,    PO Box 1887,   Greenville, SC 29602-1887
4764429        +Fastenal,    P. O. Box 1286,   Winona, MN 55987-7286
4764430         First Sentinel Bank,    315 Railroad Avenue,   Richlands, VA 24641-2448
4764431        +Five Star Contracting,    P. O. Box 326,   Kermit, WV 25674-0326
4764432        +Four S Construction, Inc.,    834 Cane Mill Crossing Road,    Cheraw, SC 29520-5841
4764433        +Great Lakes Petroleum,    P. O. Box 603243,   Charlotte, NC 28260-3243
4764434        +Green Trucking Company,    1315 Turnpike Road,   Florence, SC 29501-9339
4764435        +Industrial Paving, Inc.,    P. O. Box 511,   Darlington, SC 29540-0511
4764437        +James River Equipment,    9550 Statesville Road,   Charlotte, NC 28269-7644
4764438        +James River Laser,    711 South Broad Street,   Salem, VA 24153-5126
4764439        +John Deere Financial,    P. O. Box 6600,   Johnston, IA 50131-6600
4764440        +Jones Port-A-Jon,    2351 Pamplico Hwy.,   Florence, SC 29505-6836
4764441        +KJ's First Class Trucking, Inc.,    TBS Factoring Service),    P. O. Box 210513,
                 Kansas City, MO 64121-0513
4764442       ++KOMATSU FINANCIAL LIMITED PARTNERSHIP,    1701 W GOLF ROAD SUITE 1-300,
                 ROLLING MEADOWS IL 60008-4208
               (address filed with court: Komatsu Financial,    P.O. Box 99303,   Chicago, IL 60693)
4764444        +L.H. Stokes & Son, Inc.,    1013 Chase St.,   Florence, SC 29501-2440
4764445        +Lane Enterprise,    3905 Hartzdale Drive,   Suite 514,   Camp Hill, PA 17011-7837
4764446        +Linder Industrial,    P. O. Box 743637,   Atlanta, GA 30374-3637
4764447        +Mammoet,    20525 FM 521,   Rosharon, TX 77583-8127
4764448        +Mark Osborne,    16522 Providence Rd.,   Abingdon, VA 24210-9109
4764449        +Mountain Materials, LLC,    P. O. Box 277097,   Atlanta, GA 30384-7097
4764450         National Bank,    Commercial Loan Dept.,   P. O. Box 900002,   Blacksburg, VA 24062
4764451        +Northeast Lubricants,    P. O. Box 788732,   Philadelphia, PA 19178-8732
4764452        +One Stop Steel,    1390 Kingsland Avenue,   Saint Louis, MO 63133-1614
4764453        +Permatile,    PO Box 2049,   Bristol, VA 24203-2049
4764454        +Pound for Pound Consulting, Inc.,    P. O. Box 572,   Pound, VA 24279-0572
4764455        +Ramada,    2640 Cherry Road,   Rock Hill, SC 29730-8957
4764456        +Revelation Towing, Inc.,    P. O. Box 161960,   Boiling Springs, SC 29316-0033
4764457        +Salem Stone,    PO Box 1620,   Dublin, VA 24084-1620
4764458        +Sunbelt Rentals,    P. O. Box 409211,   Atlanta, GA 30384-9211
4764459        +Sunrock,    200 Horizon Drive,   Suite 100,   Raleigh, NC 27615-4947
4764460        +Tom Cat Trucking, Inc.,    4162 Kivett Drive,   Jamestown, NC 27282-9242
4764461        +Travelers Insurance,    P. O. Box 660317,   Dallas, TX 75266-0317
4764462        +Turner Specialty Services, LLC,    127 Old Highway 24,   Decatur, AL 35601-7116
4764466        +Virginia Employment Commission,    P. O. Box 1358,   Richmond, VA 23218-1358
4764468        +Vulcan Materials Company,    P. O. Box 75219,   Charlotte, NC 28275-0219
4764469        +Washington County Treasurer,    1 Government Center Place,    Suite B,   Abingdon, VA 24210-8484
4764470        +Xylem Dewatering Solutions, Inc.,    28611 Network Place,   Chicago, IL 60673-1286
4764471        +Yak Mat,    P. O. Box 95434,   Grapevine, TX 76099-9735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: brapp@wtplaw.com Jun 05 2019 22:26:06     Brandy M. Rapp,
                 Whiteford Taylor & Preston LLP,    10 S. Jefferson Street,   Suite 1110,
                 Roanoke, VA 24011-1314
aty             E-mail/Text: mcm@rcopelandlaw.com Jun 05 2019 22:25:34     Max Cody Morris,
                 Copeland Law Firm, P.C.,    PO Box 1296,   Abingdon, VA   24212
4766419        +E-mail/Text: brapp@wtplaw.com Jun 05 2019 22:26:06     Caterpillar Financial Services Corporation,    c/o Brandy M. Rapp, Esq.,
                 Whiteford, Taylor & Preston, LLP,    10 S. Jefferson St., Suite 1110,   Roanoke, VA 24011-1314
4764436         EDI: IRS.COM Jun 06 2019 02:23:00     Internal Revenue Service,   Insolvency Units,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
4764463        +E-mail/Text: accounts.receivable@uline.com Jun 05 2019 22:25:52     ULINE,
                 Accounts Receivables,    P. O. Box 88741,   Chicago, IL 60680-1741
4764464        +E-mail/PDF: sluna@ur.com Jun 05 2019 22:42:59     United Rental,   P. O. Box 100711,
                 Atlanta, GA 30384-0711
```

```
District/off: 0423-7           User: martinj              Page 2 of 2                  Date Rcvd: Jun 05, 2019
                               Form ID: 309F              Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4764465           E-mail/Text: bkr@taxva.com Jun 05 2019 22:25:57     Virginia Dept. of Taxation,
                   P. O. Box 1777,   Richmond, VA 23218
4764467          +EDI: VLVO.COM Jun 06 2019 02:23:00      Volvo Financial,   P. O. Box 7247-0236,
                   Philadelphia, PA 19170-0001
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4764443*      ++KOMATSU FINANCIAL LIMITED PARTNERSHIP,    1701 W GOLF ROAD SUITE 1-300,
                ROLLING MEADOWS IL 60008-4208
               (address filed with court:   Komatsu Financial,    P. O. Box 99303,   Chicago, IL 60693)
4764421       ##+Carolina Star Concrete, Inc.,   1914 JN Pease Place,   Charlotte, NC 28262-4504
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2019 at the address(es) listed below:
              Brandy M. Rapp    on behalf of Creditor    Caterpillar Financial Services Corporation
               brapp@wtplaw.com,  twhitt@wtplaw.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 2
```